58— 1824.— Supreme Court  *United States vs Garrat, Cook & Smyth*— filed in open Court Nov^r 15th. 1825.—

In the Supreme Court of the Territory of Michigan

*United States vs*  ⎱
*Robert Garrat & others*—⎰  Debt on a bond

And the said Robert Garrat, Levi Cook and Richard Smyth by Leib & Whitney their Attornies come and defend the wrong and injury when &c, and say that they ought ought not to be charged with the said debt on the said bond by virtue of the said writing obligatory because they say, the said writing obligatory is not their deed and of this they put themselves upon the Country &c

JOHN L. LEIB for Defdt's
A G WHITNEY   also

Take notice that under the plea of the general issue the defendants intend to give in evidence that long before the action or actions accrued by reason of the default or defaults of the aforesaid Robert Garrat as Constable, or supposed Constable for the County of Wayne and before the condition of the said bond for the faithful performance of the duties of his office was broken as it is said, the said Robert Garrat had vacated his said office of Constable for the said County by his removal from the said County to the island of Michillimackinac in the County of Michillimackinac and accepting in the last mentioned County offices therein, to wit the office of Auctioneer, Deputy Clerk of the County Court of the said County of Michillimackinac, and Marshal of the borough of the borough of Michillimackinac under the burgesses thereof— to wit on or about the sixth day of November 1825—

B. 8.   *United States vs Garratt, Cook & Smyth*— 

Fil^d in Court   Dec. 26. 1826

Circuit Court of the County of Wayne   Of the Term of December 1826.

*United States vs*  ⎫
*Robert Garratt Levi Cook*  ⎬  In this Cause, the parties by their Counsel, agree to
*& Richard Smyth*  ⎭  make a case, & submit the Same to the Supreme Court, on the following statement of facts, towit;

1. The allegations in plaintiff's declaration are admitted to be true, in manner and form, as set forth.

2. The Defendants withdraw their plea of non est factum, and admit the execution of the Bond.

3. It is admitted, that subsequent to the execution of the said Bond, and after the said Garratt had for a long space of time executed the duties of the office of Constable, towit, on or about the month of October, Eighteen hundred and Twenty one, the said Garratt went with his family & effects to the Island of Michilli-

mackinac, where he remained about 11 months during which time he received several Borough appointments at that place, & executed the duties of the office of Deputy Clerk of the County Court of Michillimackinac

4 It is further admitted that the said Garratt returned to Detroit about the month of September Eighteen Hundred and Twenty Two, and thereupon proceeded to execute the duties of the office of Constable, under the appointment received in Eighteen Hundred & Twenty.—

5. It is also admitted, that at the times mentioned in plaintiffs' declaration, when the said judgments were had against the said Garratt for his defaults, the said Garratt had not resigned his said office as Constable, (neither had been superseded in the said office)

6. It is also admitted, that the said Securities Cook & Smyth, did, on the fourteenth day of February, Eighteen hundred and Twenty Four protest against the said Garratt exercising the duties of the said office of Constable, & not before that time;— stating that they would not Consider themselves liable for his official acts.—

7 It is agreed, that either party may, at the hearing of the Case, adduce testimony to the Court, touching any fact relating to the case

<div align="right">

COLE & CHIPMAN for plffs

JOHN L. LEIB f for Defts